UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JUAN C. CALDERON,

        Plaintiff,

    v.

CDCR DIRECTORS,

        Defendant.

Case No. 26-cv-02318-JSC

**ORDER OF DISMISSAL**

On March 17, 2026, Petitioner, a California prisoner proceeding without representation by an attorney, filed a petition for a writ of mandamus. (ECF No. 1.) On the same day, the Clerk notified Petitioner he had not paid the filing fee or filed an application to proceed in forma pauperis ("IFP"). (ECF No. 2.) The Clerk mailed Petitioner the Court's IFP application along with the deficiency notice, as well as a stamped return envelope and instructions for completing application. The deficiency notice informed Petitioner that if he did not respond within 28 days, the case would be dismissed. (*Id.*) More than 28 days have passed, and no response has been received. As Petitioner has not paid the filing fee, completed his IFP application, requested an extension of time to do so, or shown cause why not, this case is DISMISSED without prejudice.

The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: May 5, 2026

_____

JACQUELINE SCOTT CORLEY
United States District Judge